Nathan J. YANCEY, Jr.,
Plaintiff–Appellant,

v.

C. MOBLEY, A.L.L.S. Law Library Supervisor Assistant; Ms. Miller, Sergeant, Prison Security; D.A. Garraghty, Head Warden, Greensville Correctional Center, Defendants–Appellees.

No. 01–6330.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided June 7, 2001.

Nathan J. Yancey, Jr., pro se.

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Nathan J. Yancey, Jr., a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Yancey v. Mobley,* No. CA–00–1927–AM (E.D.Va. Feb. 8, 2001). We deny Yancey's motion for appointment for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*